IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH A. MATHIS,

    Petitioner,

vs.                                              CASE NO.  5:05cv86-SPM/EMT

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 20, 2005 (doc. 21).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1) is dismissed with

prejudice as untimely.

DONE AND ORDERED this 3rd day of February, 2006.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge